IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC DARNELL COOK,                            No. CIV S-10-1365-LKK-CMK-P

    Plaintiff,

  vs.                                                           ORDER

DONAHOO,

    Defendant.

_____/

    Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment was entered on March 30, 2012.  Pending before the court are two motions (Docs. 27 & 28) which was submitted to prison officials on June 18, 2010, but never forwarded to the court.  Because final judgment has now been entered, the motions are moot and are denied as such.  The court finds no prejudice to plaintiff in the prison's failure to submit these motions to the court in a timely manner.  This action remains closed.

    IT IS SO ORDERED.

DATED: April 25, 2012

                                                                                                                                                                              */s/ Craig M. Kellison*
                                                                                                                                                                              CRAIG M. KELLISON
                                                                                                                                                                              UNITED STATES MAGISTRATE JUDGE

1