IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DARNELL COOK, | No. 2:10-CV-1365-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DONAHOO, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment was entered on March 30, 2012, and plaintiff has appealed. Pending before the court is plaintiff's motion for appointment of counsel on appeal (Doc. 31). The motion is denied without prejudice to renewal in the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: February 4, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1